# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-7115**  **September Term, 2024**

**1:24-cv-01054-RBW**

**Filed On: August 15, 2025** [2130340]

Edmond Khudyan,

    Appellee

  v.

Republic of Armenia,

    Appellant

## O R D E R

The notice of appeal was filed on August 13, 2025, and docketed in this court on August 15, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 15, 2025 |
| Docketing Statement Form | September 15, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 15, 2025 |
| Procedural Motions, if any | September 15, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 15, 2025 |
| Statement of Issues to be Raised | September 15, 2025 |
| Transcript Status Report | September 15, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | September 15, 2025 |
| Dispositive Motions, if any | September 29, 2025 |

It is

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7115**　　　　　　　　　　　　　　　　　　　　**September Term, 2024**

   **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 15, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 15, 2025 |
| Procedural Motions, if any | September 15, 2025 |
| Dispositive Motions, if any | September 29, 2025 |

It is

   **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

   **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

         BY:  /s/
             Elbert B.J. Lestrade
             Deputy Clerk

The following forms and notices are available on the Court's website:

   Civil Docketing Statement Form
   Entry of Appearance Form
   Transcript Status Report Form
   Request to Enter Appellate Mediation Program (Optional)
   Notice Concerning Expedition of Appeals and Petitions for Review
   Stipulation to be Placed in Stand-By Pool of Cases (Optional)